CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 17 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDON BAILOUS, | Civil Action No. 7:15CV00151 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| SGT. WILSON, <u>et al.</u>, | By: Hon. Glen E. Conrad |
| Defendants. | Chief United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 17th day of April, 2015.

/s/ Glen E. Conrad
Chief United States District Judge